In the Matter of the Claim of ABRAHAM GREENBERG against ALEXANDER FOX et al., Respondents.

STATE INDUSTRIAL BOARD, Appellant.

(Argued September 30, 1936; decided October 20, 1936.)

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, appellant.

*Bernard F. Farley* and *Frederick Mellor* for respondents.

Order affirmed, with costs against State Industrial Board; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.